THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 State of South Carolina Department of Social Services, Respondent,
 v.
 Rebecca M.,
 David M., Defendants, Of Whom David M. is the Appellant.
 In the interests
 of: Female Child DOB: 7/21/95; Female Child DOB: 5/11/96;  both minors under
 the age of 18.
 
 
 

Appeal From Florence County
 William J. Wylie, Jr., Family Court Judge
Unpublished Opinion No. 2008-UP-321
Submitted June 26, 2008  Filed June 27,
 2008    
AFFIRMED

 
 
 
 David B. Betts, of Columbia, for Appellant.
 Newton I. Howle, Jr., of Darlington, for Respondent.
 
 
 

PER CURIAM: David
 M. appeals a family court order issued
 subsequent to an intervention hearing.  After
 a thorough review of the record pursuant
 to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987) and S.C. Dept
 of Soc. Servs. v. Frederick Downer, Sr., S.C.Sup.Ct. Order dated February
 2, 2005 (expanding the procedure set forth in Cauthen to situations
 where an indigent person appeals from an order imposing other measures short of
 termination of parental rights), we
 affirm the family courts ruling.
AFFIRMED.[1]
HEARN,
 C.J., THOMAS, J., and CURETON, A.J.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.